UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-42335-357 |
| | ) | Chapter 7 |
| **ALLISON L. THORNHILL**, | ) | |
| | ) | Related to Doc. 46 |
| Debtor. | ) | |

### ORDER

The matter before the Court is Trustee Charles W. Riske's Motion for Order Authorizing Payment of Unclaimed Funds into Registry of the Court ("Motion"). The Trustee asserts that he did mail a check, made payable to Allison Thornhill in the sum of $16,769.65 on or about February 28, 2023 in accordance with the Court Order for payment of dividends dated February 14, 2023. The Trustee also asserts that he has made a diligent attempt to locate Allison Thornhill but without success. Upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Motion is hereby **GRANTED**.

2. The Trustee is authorized to stop payment of his check previously mailed to Allison Thornhill in the sum of $16,769.65.

3. The Trustee is further authorized to pay said amount into the registry of this Court and the Order of this Court for payment of dividends is hereby amended in accordance with this Order.

Dated: March 9, 2023
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**Charles W. Riske**
Chapter 7 Trustee in Bankruptcy
215 Chesterfield Business Parkway
Chesterfield, MO 63005

Copies to:

**Office of the United States Trustee**
111 S. 10th St., Ste. 6353
St. Louis, MO  63102

**Charles W. Riske**
Chapter 7 Trustee in Bankruptcy
215 Chesterfield Business Parkway
Chesterfield, MO 63005

**Allison L Thornhill**
PO Box 111
Hawk Point, MO 63349

**Eric Jensen**
Potts Law Firm
1901 W. 47th Place, Suite 210
Westwood, KS 66205

**Joseph Wallace Moriarty, Jr**
A & L, Licker Law Firm
1861 Sherman Dr
St. Charles, MO 63303

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 18-42335-bcw
Allison L Thornhill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 2
Date Rcvd: Mar 09, 2023     Form ID: pdfo1     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Allison L Thornhill, PO Box 111, Hawk Point, MO 63349-0111 |
| sp | + Eric Jensen, Potts Law Firm, 1901 W. 47th Place, Suite 210, Westwood, KS 66205-1834 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles W Riske | on behalf of Trustee Charles W Riske riske@cwrlaw.com MO30@ecfcbis.com |
| Charles W Riske | on behalf of Special Counsel Eric Jensen riske@cwrlaw.com MO30@ecfcbis.com |
| Charles W Riske | riske@cwrlaw.com MO30@ecfcbis.com |
| Joseph Wallace Moriarty, Jr | on behalf of Debtor Allison L Thornhill attorney@lickerlawfirm.com s.lickerlawfirm@gmail.com;tobliecf@gmail.com;TobiasLicker@hotmail.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m.lickerlawfirm@gmail.com;LickerTR46591@notify.bestcase.com;11371@notices.nextchapterbk.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

| District/off: 0865-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdfo1 | Total Noticed: 2 |

Tobias Licker
    on behalf of Debtor Allison L Thornhill Tobiaslickerhotmail@gmail.com tobliecf@gmail.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m.lickerlawfirm@gmail.com;LickerTR46591@notify.bestcase.com;s.lickerlawfirm@gmail.com;11243@notices.nextchapterbk.com

TOTAL: 6