# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

IN RE: )
) Case No. 18-42335-357
Allison L. Thornhill )
)
) ORDER FOR PAYMENT OF
Debtor(s) ) UNCLAIMED FUNDS
)

Upon application and in accordance with the provisions of 28 U.S.C. § 2042, it is hereby

**ORDERED** that, following review by the Clerk of the sufficiency of the Application for Payment of Unclaimed Funds and supporting documentation, the Clerk of the U. S. Bankruptcy Court is directed to remit to the applicant the sum of $16,769.65 now held as unclaimed funds in the treasury for creditor Allison L. Thornhill.

DONE and ORDERED at St. Louis, Missouri this 11th day of April, 2023.

Brian C. Walsh
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 18-42335-bcw
Allison L Thornhill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 2
Date Rcvd: Apr 11, 2023     Form ID: pdfo2     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Allison L Thornhill, PO Box 111, Hawk Point, MO 63349-0111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles W Riske | on behalf of Trustee Charles W Riske riske@cwrlaw.com MO30@ecfcbis.com |
| Charles W Riske | on behalf of Special Counsel Eric Jensen riske@cwrlaw.com MO30@ecfcbis.com |
| Charles W Riske | riske@cwrlaw.com MO30@ecfcbis.com |
| Joseph Wallace Moriarty, Jr | on behalf of Debtor Allison L Thornhill attorney@lickerlawfirm.com s.lickerlawfirm@gmail.com;tobliecf@gmail.com;TobiasLicker@hotmail.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m.lickerlawfirm@gmail.com;LickerTR46591@notify.bestcase.com;11371@notices.nextchapterbk.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Tobias Licker | |

District/off: 0865-4 User: admin Page 2 of 2
Date Rcvd: Apr 11, 2023 Form ID: pdfo2 Total Noticed: 1

on behalf of Debtor Allison L Thornhill Tobiaslickerhotmail@gmail.com
tobliecf@gmail.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m.lickerlawfirm@gmail.com;LickerTR46591@notify.bestcase.com;s.lickerlawfirm@gmail.com;11243@notices.nextchapterbk.com

TOTAL: 6